# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-4098

_____

Rad W. Hamilton,      *
      *
     Appellant,      *
     *    Appeal from the United States
    v.      *    District Court for the
     *    Eastern District of Missouri.
Enterprise Leasing Company of      *
St. Louis,      *    [UNPUBLISHED]
     *
    Appellee.      *

_____

Submitted: January 5, 2007
Filed: January 10, 2007

_____

Before MURPHY, BYE, and MELLOY, Circuit Judges.

_____

PER CURIAM.

Rad W. Hamilton appeals the district court's[1] dismissal of some claims, and its adverse grant of summary judgment on his remaining claims, in his employment-discrimination lawsuit. Having conducted de novo review, we affirm the district court's well-reasoned decisions. See 8th Cir. R. 47B. We deny the pending motion.

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.